No. 236, Misc. SCALF. *v.* ADAMS, WARDEN. On petition for writ of certiorari to the Supreme Court of Appeals of West Virginia. The motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent is granted.

No. 953, Misc. BROWN *v.* INDIANA. On petition for writ of certiorari to the Supreme Court of Indiana. The motion for stay of execution presented to MR. JUSTICE CLARK, and by him referred to the Court, is granted, pending the disposition of the petition for writ of certiorari by this Court. In the event the petition for writ of certiorari is denied, this stay is to terminate automatically. If the petition for writ of certiorari is granted, the stay is to continue in effect pending the issuance of the mandate of this Court.

No. 810. BLAU *v.* LEHMAN ET AL. C. A. 2d Cir. Certiorari granted. *Morris J. Levy* for petitioner. *Robert S. Carlson* for respondents. *Solicitor General Cox, Walter P. North, David Ferber* and *Ellwood L. Englander* for the Securities and Exchange Commission, as *amicus curiae,* in support of the petition.

No. 710. UNITED FINANCE & THRIFT CORP. OF TULSA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Robert Ash* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for respondent.